UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIDLAND NATIONAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

ROSE IACONELLI, et al.,

    Defendants.

_____/

Case No. 1:22-cv-922

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Orders entered on May 31, 2023 (ECF Nos. 41 and 42):

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  June 1, 2023

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge